IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:18CR3021** |
| vs. | |
| DAVID TARRENCE, | **ORDER** |
| Defendant. | |

Based on the representations of counsel, Defendant's additional tax preparation is complete and ready for review by the Internal Revenue Service. The defendant suggested, and the government agreed, that the government needs 60 days to complete its review of Defendant's tax documents. See, Filing No. 17 (audio file). Under the circumstances presented, the court finds the case remains unusual and complex and additional time must be excluded under the Speedy Trial Act so the case can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at **11:30 a.m. on December 11, 2018** by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 12), to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The Court further finds that the time between October 2, 2018 and December 11, 2018 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

October 4, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge